UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>       Plaintiff,<br><br>   v.<br><br>WASCO STATE PRISON, et al.,<br><br>       Defendants. | CASE NO. 1:14-cv-01714-MJS (PC)<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE**<br><br>Date: September 16, 2015<br>Time: 2:00 p.m., Courtroom 6 (MJS) |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 5.)

On May 13, 2015, the Court found that Plaintiff had stated cognizable Eighth Amendment medical indifference claims against Defendant John Does 1 and 2. (ECF Nos. 10 & 12.) However, Plaintiff does not know the identities of Does 1 or 2. Because service cannot proceed on defendants whose names are not known, the Court opened discovery for the limited purpose of identifying Does 1 and 2. (ECF No. 12.) Ultimately, Wasco State Prison produced, *in camera,* documents which may aid in identifying the Doe defendants. (ECF No. 18.) The Court has determined that a telephonic status conference is necessary to discuss how to proceed next.

Accordingly, it is HEREBY ORDERED that:

1. This matter is set for telephonic status conference before the Honorable Michael J. Seng on September 16, 2015, at 2:00 p.m. in Courtroom 6;

2. Wasco State Prison staff or their counsel must arrange for the participation of

Plaintiff in the telephonic status conference and to initiate the telephonic conference at: (888) 204-5984, Access Code: 4446176.

IT IS SO ORDERED.

Dated:   September 2, 2015      /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE