UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>WASCO STATE PRISON, et al.,<br><br>        Defendants. | CASE NO. 1:14-cv-01714-MJS (PC)<br><br>**PRE-SERVICE ORDER:**<br><br>**1) REQUESTING THE LIMITED APPEARANCE OF THE ATTORNEY GENERAL TO ASSIST IN IDENTIFYING AND SERVING DEFENDANTS; AND**<br><br>**2) RESETTING TELEPHONIC STATUS CONFERENCE**<br><br>Date: October 8, 2015<br>Time: 2:00 p.m., Courtroom 6 (MJS) |

    Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 5.) Plaintiff's complaint contains cognizable claims of unconstitutional conduct, but Plaintiff is unable to identify the defendants by name.

    On May 13, 2015, the Court found that Plaintiff had stated cognizable Eighth Amendment medical indifference claims against Defendant John Does 1 and 2. (ECF Nos. 10 & 12.) Because service cannot proceed on defendants whose names are not known, the Court opened discovery for the limited purpose of identifying Does 1 and 2.

(ECF Nos. 12 and 18.) Information received in response to the Court's order (ECF No. 18) appears to have narrowed the search but not yet definitively identified Does 1 and 2. The Court seeks input from the parties as to how to proceed in light of this new, but still limited, information. To that end, the Court will schedule a telephonic status hearing. (Such a hearing originally was set for September 16, 2015, but no one appeared on behalf of CDCR or any potential Defendant.)

The Court requests the voluntary assistance of the Office of the Attorney General in addressing the above issue.

Accordingly, it is HEREBY ORDERED that:

1. This matter is set for a telephonic status conference before the Honorable Michael J. Seng on **October 8, 2015, at 2:00 p.m., in Courtroom 6.**
2. Counsel from the Office of the Attorney General is requested to appear on a limited basis at the status conference for the purpose of determining how best to proceed with identification and service of defendants in this case;
3. The Attorney General's Office is further asked to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic conference at: (888) 204-5984, Access Code: 4446176.

IT IS SO ORDERED.

Dated:   September 22, 2015         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE