UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASCO STATE PRISON, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:14-cv-01714-MJS (PC)<br><br>**ORDER:**<br><br>**(1) DEEMING FIRST AMENDED COMPLAINT (ECF No. 10) AMENDED TO SUBSTITUTE CORRECTIONAL OFFICER SALVATORE IN PLACE OF JOHN DOE 2 AS DEFENDANT;**<br><br>**(2) DIRECTING CLERK'S OFFICE TO AMEND COURT RECORDS TO REFLECT SUBSTITUTION; AND**<br><br>**(3) FOR SERVICE OF COGNIZABLE CLAIMS AGAINST DEFENDANT SALVATORE** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 5.) The Attorney General made a special appearance on behalf of putative unnamed defendants. No other parties have appeared in the action.

　　　　The Court screened Plaintiff's complaint and found it stated cognizable Eighth Amendment medical indifference claims against John Does 1 and 2. (ECF Nos. 10 &

12.) The Court opened discovery for the limited purpose of identifying the Doe defendants. In relation to such discovery, the Court conducted a telephonic status conference at which the Attorney General's office specially appeared. Following the hearing, Plaintiff was ordered to submit proof that he filed an administrative appeal concerning the conduct of Does 1 and 2.

Plaintiff submitted the requested documents on December 2, 2015. (ECF No. 28.) As Plaintiff points out, his appeal documents reflect that Doe No. 2 appears to be one Correctional Officer Salvatore. Doe No. 1 was discussed in Plaintiff's administrative appeal but was unnamed.

Accordingly, pursuant to Federal Rule of Civil Procedure 15, the Court will deem Plaintiff's first amended complaint amended to substitute Correctional Officer Salvatore in place of Doe No. 2. The Clerk of Court will be directed to send Plaintiff service documents to initiate service on Defendant Salvatore. Plaintiff is reminded that service will not be initiated on Doe No. 1 unless or until he has been named. Plaintiff may have a further opportunity to seek information concerning the identity of Doe No. 1 through discovery, if and when Defendant Salvatore appears in this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's first amended complaint (ECF No. 10) is deemed amended to substitute Correctional Officer Salvatore in place of John Doe 2;
2. The Clerk's Office is directed to amend the court records to reflect this substitution;
3. Service shall be initiated on the following Defendant:
   **SALVATORE** – Correctional Officer at Wasco State Prison;
4. The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 2, 2015;
5. Within thirty (30) days of this order, Plaintiff shall complete and return to

the Court the notice of submission of documents along with the following documents:

    a.    One completed summons,

    b.    One completed USM-285 form for the Defendant listed above, and

    c.    Two (2) copies of the endorsed complaint filed March 2, 2015;

6. Upon receipt of the above-described documents, the Court shall direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

7. If Plaintiff fails to timely submit service documents in compliance with this order, the Court will dismiss this action, with prejudice, for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   January 12, 2016          /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE