UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LANCE WILLIAMS, | CASE NO. 1:14-cv-01714-MJS (PC) |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| WASCO STATE PRISON, et al., | **(ECF No. 20)** |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 5.) The Attorney General made a special appearance on behalf of putative unnamed defendants. No other parties have appeared in the action.

The Court screened Plaintiff's complaint and found it stated cognizable Eighth Amendment medical indifference claims against John Does 1 and 2. (ECF Nos. 10 & 12.) The Court opened discovery for the limited purpose of identifying the Doe defendants. In relation to such discovery, the Court ordered officials at Wasco State Prison to provide to the Court specified information for in camera review. (ECF No. 18.) Such documents were produced to the Court. The instant motion to compel followed.[1] (ECF No. 20.)

---

[1] Events subsequent to this motion to compel will be addressed by the Court in a separate order.

Plaintiff states in his motion that he did not receive the documents the Court ordered produced for in camera review. He asks that Defendants be compelled to produce said documents.

The Court directed prison officials to submit specified documents directly to the Court. The prison complied with this directive. It was not required to produce any documents directly to Plaintiff. There is no basis for compelling a further response.

Based on the foregoing, Plaintiff's motion to compel is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   January 12, 2016              /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE